IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TINA B. [1], <br><br> Plaintiff, <br><br> V. <br><br> COMMISSIONER SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | 6:23-cv-00048-MK <br><br> JUDGMENT |

Based upon the filing of Plaintiff's Unopposed Motion for Dismissal with prejudice, filed September 11, 2023, this matter is hereby DISMISSED with prejudice and without costs or attorney fees to either party.

Dated this 20th day of September 2023.

s/ Mustafa T. Kasubhai <br>
MUSTAFA T. KASUBHAI (He/Him) <br>
United States Magistrate Judge

---

[1] In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the non-governmental party in this case.